No. 81–6404.   TALLEY *v.* CROSSON ET AL.   C. A. 7th Cir. Certiorari denied.

No. 82–630.   TISCHENDORF, AKA MONTGOMERY *v.* TISCHENDORF.   Sup. Ct. Minn.   Certiorari denied.

No. 82–803.   BIALECKI *v.* LITTLE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–811.   ELROD, SHERIFF OF COOK COUNTY, ILLINOIS, ET AL. *v.* MASSARELLA; and
No. 82–844.   UNITED STATES EX REL. MASSARELLA *v.* ELROD, SHERIFF OF COOK COUNTY, ET AL.   C. A. 7th Cir. Certiorari denied.

No. 82–893.   STOLLER *v.* MARSH, SECRETARY OF THE ARMY.   C. A. D. C. Cir.   Certiorari denied.

No. 82–998.   STUART *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–1017.   MCCLURE *v.* UNDERSEA INDUSTRIES, INC., DBA SCUBAPRO, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–1026.   MARINE MIDLAND BANK *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1029.   IVERY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–1057.   BROTHERHOOD OF RAILWAY & AIRLINE CLERKS, CONSOLIDATED SYSTEM BOARD OF ADJUSTMENT 46, ET AL. *v.* BURLINGTON NORTHERN INC. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–1078.   BROWN *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.